MOHAMMAD ABUERSHAID, ESQ.  (SBN: 297270)
YALDA SATAR, ESQ.  (SBN: 304366)
**ABUERSHAID LAW, APC**
333 City Blvd W. Fl. 17
Orange, CA 92868
T: (866) 811-4255
E: yalda@abuershaidlaw.com

*Attorneys for Plaintiff JULIO VILLA*

MICHAEL S. CHAMBERLIN, SBN 175427
CHRISTOPHER M. HABASHY, SBN 280725
JENNIFER F. DELAROSA, SBN 312110
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:      mchamberlin@bakerlaw.com
            chabashy@bakerlaw.com
            jdelarosa@bakerlaw.com

*Attorneys for Defendant SENTINEL TRANSPORTATION, LLC erroneously sued as PHILLIPS 66 COMPANY dba SENTINEL TRANSPORTATION, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO VILLA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIPS 66 COMPANY dba SENTINEL TRANSPORTATION, LLC, a Delaware Company; SENTINEL TRANSPORTATION SERVICE LLC, a California Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 22-cv-07034-AB-RAO<br><br>*[Hon. André Birotte Jr.; Magistrate Judge Rozella A. Oliver]*<br><br>**STIPULATED NOTICE OF SETTLEMENT**<br><br>Action Filed:  8/29/22<br>Removal Filed:  9/28/22 |

# JOINT STIPULATION

The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter in its entirety. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Dismissal"). The parties intend to file the Dismissal as soon as practicable but respectfully request that the parties are given 45 days to file the said Dismissal. Accordingly, both parties respectfully request that the Court vacate all deadlines and hearing dates.

IT IS SO STIPULATED.

Dated: October 31, 2023     **ABUERSHAID LAW, APC**

By: /s/*Yalda Satar, Esq.*
    MOHAMMAD ABUERSHAID
    YALDA SATAR

*Attorneys for Plaintiff JULIO VILLA*

Dated: October 31, 2023     **BAKER & HOSTETLER LLP**

By: /s/*Christoper M. Habashy*
    MICHAEL S. CHAMBERLIN
    CHRISTOPHER M. HABASHY
    JENNIFER F. DELAROSA

*Attorneys for Defendant*
*SENTINEL TRANSPORTATION, LLC erroneously sued as PHILLIPS 66 COMPANY dba SENTINEL TRANSPORTATION. LLC*

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all signatories listed on this document concur in the filing's content.

Date: October 31, 2023                    /s/*Yalda Satar*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITLALLI ESCOBAR, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>TRACTOR SUPPLY CO., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>    Defendants. | CASE NO. 5:22−cv−00387−JGB−SP<br><br>**[PROPOSED] ORDER RE STIPULATED NOTICE OF SETTLEMENT** |

1. The parties' request to vacate all deadlines and hearing dates is GRANTED.

2. It is further ordered that the parties file a Stipulated Dismissal no later than _____.


Dated: _____
                                             Hon. André Birotte Jr.
                                             United States District Judge

4

**[PROPOSED] ORDER**

# PROOF OF SERVICE

I, Yalda Satar, am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 333 City Blvd W. Fl. 17, Orange, CA 92868. On **October 31, 2023**, I served the herein described document(s) through the means indicated below:

**STIPULATED NOTICE OF SETTLEMENT [PROPOSED] ORDER**

☑ (**BY REGULAR MAIL**) By placing the above-mentioned document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail to the addresses listed below.

☑ (**BY E-MAIL**) By transmitting via electronic mail the document(s) listed above to the e-mail addresses set forth below.

MICHAEL S. CHAMBERLIN
CHRISTOPHER M. HABASHY
JENNIFER F. DELAROSA
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
mchamberlin@bakerlaw.com
chabashy@bakerlaw.com
jdelarosa@bakerlaw.com

☐ (**BY CM/ECF**) By presenting to the Clerk of the United States District Court of California for filing and uploading to the CM/ECF systems. In accordance with the ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the person(s) at the address set forth below:

☑ (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on **October 31, 2023**, at Orange, California.

_____
Yalda Satar